EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Proyecto de Reglas de<br>Conducta Profesional | 2005 TSPR 170<br><br>166 DPR \_\_\_\_ |

Número del Caso: ER-2005-12

Fecha: 18 de noviembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Proyecto de Reglas de
Conducta Profesional


RESOLUCIÓN


San Juan, Puerto Rico, a 18 de noviembre de 2005.

Mediante comunicación del 3 de octubre de 2005 el Colegio de Abogados de Puerto Rico ha presentado su Proyecto de Reglas de Conducta Profesional, según aprobado en la Asamblea General del Colegio, celebrada el pasado 10 de septiembre de 2005.

El Tribunal remite dicho Proyecto al Secretariado de la Conferencia Judicial y Notarial para el correspondiente análisis. Se instruye a la Directora del Secretariado a tomar las medidas necesarias para conceder a la comunidad jurídica y la ciudadanía la oportunidad de examinar dicho Proyecto y someter un informe con sus recomendaciones para la consideración del Tribunal una vez concluido el proceso de evaluación.

Notifíquese a la Directora del Secretariado de la Conferencia Judicial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina